AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Hridindi Sankar Roychowdhury | )<br>)<br>)  Case No. 23-MJ-1130-DLC<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The person of Hridindi Sankar Roychowdhury

located in the _____ District of ____Massachusetts____, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of violations of 18 U.S.C. § 844(i) (maliciously attempting to damage and destroy a building by means of a fire or explosive) in the form of DNA, to be taken by one or more buccal (oral) swabs.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Maliciously attempting to damage and destroy a building by means of a fire or explosive |

The application is based on these facts:
See affidavit of Federal Bureau of Investigation Task Force Officer Cheryl Patty, attached and incorporated by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Cheryl Patty* /DLC/
_____
Applicant's signature

FBI TFO Cheryl Patty
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
____telephone____ *(specify reliable electronic means)*.

Date: 3/27/2023

_____
Judge's signature

City and state: Boston, MA

U.S. Magistrate Judge Donald L. Cabell
_____
Printed name and title