AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

# Return

| Case No.: 23-MJ-1130-DLC | Date and time warrant executed: 03/28/23 07:00 AM | Copy of warrant and inventory left with: ATTORNEY BRENDEN KELLEY |
|---|---|---|

Inventory made in the presence of: SA BRIAN GUTIERREZ BOSTON FBI

Inventory of the property taken and name of any person(s) seized:

TWO STERILE SWABS TO COLLECT ORAL BUCCAL SAMPLE FROM HRIDINDI SAKAR ROYCHOWDHURY & PACKAGED & SEALED IN HIS PRESENCE.

EXECUTED AT MASSACHUSETTS STATE POLICE TROOP F BUILDING AT 2 SERVICE RD, EAST BOSTON, MA 02128

ROYCHOWDHURY VIEWED THE WARRANT DOCUMENT & COPY WAS TURNED OVER TO HIS LEGAL COUNSEL, ASSISTANT PUBLIC DEFENDER BRENDEN KELLEY.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/28/23

Executing officer's signature

Cheryl Patty - Task Force Officer
Printed name and title   MILWAUKEE FBI