IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matter of the Search of<br><br>Hridindi Sankar Roychowdhury | Criminal No. 23-MJ-1130-DLC |

## GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT

The United States of America hereby moves this Court to direct that this case's search warrant application, supporting affidavit, search warrant, the sealing motion, any ruling on the sealing motion, and related paperwork be unsealed. In support of this motion, the government states that the warrant was executed on March 28, 2023, and that there is no further reason to keep the search warrant secret.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   _/s/ Amanda Beck_____
Amanda Beck
Assistant U.S. Attorney

Date:  09/20/23